## William Billings, Defendant in Error, v. J. J. Straight, Plaintiff in Error.

### Gen. No. 17,241.

APPEALS AND ERRORS—*when writ of error dismissed.* If the transcript of the record does not show a final judgment, a writ of error will be dismissed.

Error to the Municipal Court of Chicago; the Hon. FRANK CROWE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1910. Writ of error dismissed. Opinion filed April 28, 1911.

PINES & NEWMAN, for plaintiff in error.

DUNN & HAYES, for defendant in error.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

The record in this case does not show a final judgment in the Municipal Court of Chicago, from which an appeal or writ of error can be prosecuted. There is nothing in the record therefore for this court to review.

The motion of defendant in error to dismiss the writ of error must be sustained.

*Writ of error dismissed.*